IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, et al., <br><br> Defendants. | Civil Action No. 1:22-cv-02948 (JMC) |

## ANSWER

Defendants United States Department of Defense ("DOD") and United States Department of Justice ("DOJ") (collectively "Defendants"), through the undersigned counsel, hereby answer the numbered paragraphs of the Complaint (ECF No. 1) ("Complaint") as follows:

1. Paragraph 1 consists of Plaintiff's legal conclusions regarding jurisdiction, to which no response is required.

2. Paragraph 2 consists of Plaintiff's legal conclusions regarding venue, to which no response is required.

3. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3.

4. Defendants admit the first sentence of paragraph 4. The second sentence of this paragraph consists of Plaintiff's legal conclusions, to which no response is required.

5. Defendants admit the first and third sentences of paragraph 5. The second sentence of this paragraph consists of Plaintiff's legal conclusions, to which no response is required.

6. Paragraph 6 does not set forth a claim for relief or aver facts in support of a claim to which a response is required.

7. Defendants admit that Joint Base Andrews ("JBA") received a FOIA request from Plaintiff dated July 25, 2022. Defendants respectfully refer the Court to the request for a full and accurate statement of its contents.

8. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8.

9. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9, and Defendants aver that the Civil Rights Division of DOJ has no record of a FOIA request from Plaintiff on this date.

10. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10, and Defendants aver that the Civil Rights Division of DOJ has no record of the FOIA request described in paragraph 10.

11. Defendants admit that the Federal Bureau of Investigation ("FBI") received a FOIA request from Plaintiff dated July 26, 2022. Defendants respectfully refer the Court to the request for a full and accurate statement of its content.

12. Admitted.

13. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13.

14. Defendants admit the allegations of paragraph 14 as to JBA and CRT but deny the allegations as to the FBI, and the FBI avers that it fulfilled its legal obligations by providing a final determination by letter dated August 22, 2022.

15. Defendants incorporate by reference their responses to the preceding paragraphs.

16. Paragraph 16 consists of Plaintiff's legal conclusions, to which no response is required.

17. Paragraph 17 consists of Plaintiff's legal conclusions, to which no response is required.

18. Paragraph 18 consists of Plaintiff's legal conclusions, to which no response is required.

19. Paragraph 19 consists of Plaintiff's legal conclusions, to which no response is required.

The remaining paragraphs of the Complaint contain Plaintiff's requested relief, to which no response is required. To the extent a response is required, Defendants deny the allegations contained in the remaining paragraphs of the Complaint and further aver that Plaintiff is not entitled to any relief.

Defendants hereby deny all allegations in the Complaint not expressly admitted or denied.

## FIRST DEFENSE

Plaintiff is not entitled to information that is exempt from disclosure under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Dated: November 18, 2022                                   Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Taylor Pitz*
Taylor Pitz (CA Bar No. 332080)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Phone: (202) 305-5200
Email: taylor.n.pitz@usdoj.gov

*Counsel for Defendants*