IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, et al.,<br><br>    Defendants. | Civil Action No. 1:22-cv-02948 (JMC) |

## JOINT STATUS REPORT

Plaintiff Judicial Watch filed this action on September 29, 2022, against Defendants United States Department of Defense ("DOD") and United States Department of Justice ("DOJ") (collectively "Defendants") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* Compl. at 1, ECF. No. 1.  At issue are three FOIA requests: one submitted to the Air Force via Joint Base Andrews, another submitted to DOJ, and another submitted to the Federal Bureau of Investigation ("FBI").  *See* Compl. ¶¶ 7, 9, 11.

On November 18, 2022, Defendants filed their answer. *See* Answer, ECF No. 6.  On November 21, 2022, the Court ordered the Parties to confer and submit a joint proposed schedule for further proceedings by December 21, 2022. *See* Order, ECF No. 7.  The Parties have conferred and have agreed to the following:

    1.    The Air Force's search is complete with respect to the request identified in Paragraph 7 of the Complaint.  The Air Force anticipates producing responsive, non-exempt records to Judicial Watch by January 23, 2023.

2. DOJ was initially unable to locate any record of the request identified in Paragraphs 9 and 10 of the Complaint. The Parties are continuing to confer regarding how to address this request.

3. The FBI requested clarification regarding the language of Judicial Watch's request, and Judicial Watch provided clarification. Although the FBI completed an initial search, which resulted in finding no responsive records, the FBI has requested additional clarification, and the Parties are continuing to discuss the appropriate scope of the search.

4. Given the posture of the FOIA requests at issue and the Parties' intentions to confer and work together to resolve issues, the Parties do not yet know whether summary judgment briefing will be necessary. Thus, the Parties respectfully propose that the Court defer entering a briefing schedule at this time. The Parties further propose that they file a joint status report by February 10, 2023, updating the Court on the status of the case.

Dated: December 20, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Taylor Pitz*
Taylor Pitz (CA Bar No. 332080)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Phone: (202) 305-5200
Email: taylor.n.pitz@usdoj.gov

*Counsel for Defendants*

/s/ *Paul J. Orfanedes*
Paul J. Orfanedes
D.C. Bar No. 429716
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel: (202) 646-5172
Fax: (202) 646-5199
Email: porfanedes@judicialwatch.org

*Counsel for Plaintiff*